OO 91(Rev.5/85) Criminal Complaint

# United States District Court

| CENTRAL | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA
V.
MIN KYU KIM

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: M 13-2416

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 25, 2010, in Los Angeles County in the Central District of California, defendant did

willfully, knowingly and unlawfully travel in interstate and foreign commerce from the State of California to Seoul, South Korea, with the intent to avoid prosecution under the laws of the State of California for crimes which are felonies under the laws of the State of California, namely, domestic battery in violation of California Penal Code section 273.5, assault with a deadly weapon in violation of California Penal Code section 245, and false imprisonment in violation of California Penal Code section 236.1, for which MIN KYU KIM was charged in arrest warrant number XCNBA36730201, issued by the Superior Court of Los Angeles, County of Los Angeles on August 30, 2010,

in violation of Title 18, United States Code Section 1073.

I further state that I am a Special Agent of the FBI and that this complaint is based on the following facts:

(SEE ATTACHMENT)



FILED
CLERK, U.S. DISTRICT COURT
AUG 30 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Continued on the attached sheet and made a part hereof:   ☒Yes  ☐No

Signature of Complainant
Jeffrey Bennett
Special Agent - FBI

Sworn to before me and subscribed in my presence,

AUG 30 2013                                    at   Los Angeles, California
Date   VICTOR B. KENTON                             City and State
       U.S. MAGISTRATE JUDGE                        VICTOR B. KENTON
Name & Title of Judicial Officer                    Signature of Judicial Officer

**AFFIDAVIT**

I, Jeffrey Bennett, being duly sworn, hereby depose and say:

**INTRODUCTION**

1.  I am a Special Agent of the Federal Bureau of Investigation, United States Department of Justice ("FBI"). I have been so employed for ten (10) years. I am a member of the joint FBI/Los Angeles Police Department ("LAPD") Fugitive Task Force. I have extensive experience in conducting criminal investigations. I have personally conducted over 100 arrests and have been responsible for the arrests of several more across the United States.

**PURPOSE OF THE AFFIDAVIT**

2.  This affidavit is made in support of a criminal complaint and arrest warrant charging MIN KYU KIM ("KIM") with Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073. The information contained herein is based on my participation in this investigation, as well as my conversations with other law enforcement officers and my review of various law enforcement documents.

3.  The sole and limited purpose of this affidavit is to demonstrate that there is probable cause for the requested complaint and arrest warrant. Accordingly, this affidavit does not attempt to set forth every fact learned during the course of the investigation, which remains ongoing. All figures, times, and calculations set forth herein are approximate.

## **PROBABLE CAUSE**

4. On or about July 31, 2013, I was advised by Detective Jung Kim, LAPD, Major Assaults Crime Unit, of the following:

    a. On or about January 20, 2010, KIM and his girlfriend, Yejin Jang, were at KIM's residence in Los Angeles, California. Jang advised KIM that she wanted to leave. KIM insisted that she stay and became agitated when Jang insisted on leaving. When Jang attempted to use her cellular phone to call a cab, KIM grabbed the phone and broke it. When Jang stated she would call the police, KIM threw a pot of boiling soup on her, causing Jang to suffer severe burns to her arms and back. KIM then started beating Jang with his fists, and Jang attempted to flee the residence. Jang was able to make it out of the residence, but was then dragged back in by KIM. Jang began screaming for help as KIM continued to beat her using his fists and the pot that contained the boiling soup.

    b. An LAPD patrol unit was dispatched to KIM's residence based on a call from an unknown individual advising of a screaming woman at the location. When patrol units arrived, KIM was arrested for Domestic Battery in violation of California Penal Code section 273.5.

    c. On or about January 21, 2010, KIM posted bond and was released from jail.

    d. On or about January 27, 2010, the Los Angeles

County District Attorney's (LACDA) Office charged KIM with one count of Domestic Battery, one count of Assault with a Deadly Weapon, and one count of False Imprisonment. KIM's case was set for a jury trial and scheduled to begin on August 30, 2010.

  e. On or about August 30, 2010, KIM failed to appear for his jury trial, even though his counsel was present. Given KIM's failure to appear, the Honorable Judge Ronald H. Rose, Superior Court of California, County of Los Angeles, issued a $500,000 bench warrant (Warrant # XCNBA36730201) for KIM.

  5. On or about July 10, 2013, I reviewed KIM's travel records, which revealed that KIM departed the United States on August 25, 2010 -- five days prior to the start of his jury trial. I am aware that KIM flew aboard Asiana Airlines flight 271 from Seattle to Seoul, South Korea, using his United States Passport #210944462. Upon further review of KIM's travel history, it appears that KIM has remained in South Korea and has not returned to the United States.

  6. On or about July 25, 2013, I reviewed a report by Special Agent Patrick Kuznia, United States Department of State, Bureau of Diplomatic Security, who stated that KIM is currently residing in South Korea and that KIM's United States Passport has been revoked due to the outstanding warrants issued by the Superior Court of the State of California, County of Los Angeles.

7. Detective Kim advised me that the LAPD has received approval from the Los Angeles County District Attorney's Office ("LACDA") to extradite KIM from his current place of residence. The LACDA has also officially requested the assistance of the FBI in apprehending and returning KIM to the Los Angeles area.

## CONCLUSION

8. Based on the information set forth above and my training and experience in conducting investigations, I believe that there is probable cause to believe that KIM has moved and traveled in interstate commerce from the State of California to the Country of South Korea with the intent to avoid prosecution in violation of Title 18, United States Code, Section 1073: Unlawful Flight to Avoid Prosecution.

Jeffrey R. Bennett
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on this __30__ day of August, 2013

VICTOR B. KENTON
THE HONORABLE VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE